ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZISHAN XU,<br><br>            Plaintiff,<br><br>     v.<br><br>USCIS, ET AL.,<br><br>            Defendants. | CASE NO. 2:25-CV-02794-TLN-SCR<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME AND TO SET BRIEFING SCHEDULE |

Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate as follows:

1. On September 26, 2025, Plaintiff filed the complaint in this matter. (ECF 1). Defendants' response to the complaint is currently due December 5, 2025.

2. On November 5, 2025, undersigned counsel for Defendants filed a motion to stay this case due the lapse of appropriations to the Department of Justice. Defendants requested that the deadline to respond to the complaint be set 60 days from the date funding was restored to the Department. (ECF 7). The lapse of appropriations ran from October 1, 2025, through November 12, 2025. Defendants' motion to stay is currently pending before this Court. (*See* ECF 10 – Minute Order by Magistrate Judge Riordan granting Defendants' motion in part; 11—Minute Order vacating Magistrate Judge Riordan's Minute Order).

3. Defendants intend to file a dispositive motion in response to the complaint. The parties have

met and conferred and propose the following briefing schedule:

    a. Defendants' response to the complaint or dispositive motion shall be due on or before December 18, 2025.

    b. Plaintiff's opposition to Defendants' motion shall be due on or before January 16, 2026.

    c. Defendants' reply shall be due on or before January 28, 2026.

    d. The parties further request that all other deadlines and appearances be vacated pending the outcome of Defendants' motion.

4. If the above briefing scheduled is granted, Defendants' request that the Court deny the pending motion to stay, ECF 7, as moot.

Respectfully submitted,

Dated: December 4, 2025

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ CHRISTINA CASTRO
CHRISTINA CASTRO
Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: December 4, 2025

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME AND TO SET BRIEFING SCHEDULE